# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

**BILLY F. STEPHENS**                                                                                          **PLAINTIFF**

**V.**                                **CASE NO. 5:22-CV-05094**

**SOUTHWESTERN ELECTRIC POWER**
**COMPANY and NICHOLAS K. AKINS,**
**Chief Executive Officer**                                                                                  **DEFENDANTS**

## ORDER

Now before the Court is the Report and Recommendation (Doc. 6) of the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. Magistrate Judge Comstock conducted a pre-service screening of the Complaint under 28 U.S.C. § 1915(e)(2) and determined that the case should be dismissed due to a lack of subject matter jurisdiction.  Upon review of the record, the Court agrees that Plaintiff Billy F. Stephens has failed to adequately assert the requisite amount in controversy to establish diversity jurisdiction under 28 U.S.C. § 1332(a) and that the case must be dismissed under Federal Rule of Civil Procedure 12(b)(1).

On June 15, 2022, Mr. Stephens filed a document (Doc. 8) that stated only the following: "I wish to appeal the May 27, 2022, report and recommendation of the Court. Thank you." *Id.*  The objection did not suggest a factual or legal basis for declining to adopt the Report and Recommendation.  Accordingly, the objection is **OVERRULED**.

Also on June 15, Mr. Stephens filed a Motion for Leave to File Amended Complaint (Doc. 7) in which he asked to substitute Defendant Nicholas K. Akins for another executive at Southwest Electric Power Company.  The proposed amended complaint attached to the Motion suffers from the same deficiency as the original Complaint: There are no facts to

show the minimum amount in controversy that is required for federal subject matter jurisdiction.  The proposed amended complaint is therefore futile, and the Court **DENIES** the Motion for Leave (Doc. 7) on that basis.

**IT IS ORDERED** that the Report and Recommendation (Doc. 6) is **ADOPTED IN ITS ENTIRETY**.  The Complaint is **DISMISSED WITHOUT PREJUDICE** for the reasons stated.

**IT IS SO ORDERED** on this 21st day of June, 2022.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE